**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

**08 C 1392**

| | | |
|---|---|---|
| MAHSA KAMELI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: |
| | ) | |
| v. | ) | Judge: |
| | ) | |
| CHRISTINA POULOS, in her official | ) | Magistrate Judge: |
| capacity as Acting District Director of the | ) | |
| U.S. Citizenship and Immigration | ) | |
| Services' California Service Center, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGE BUCKLO**
**MAGISTRATE JUDGE KEYS**

## COMPLAINT FOR WRIT OF MANDAMUS

Plaintiff, MAHSA KAMELI ("Plaintiff"), by and through her attorneys, the Law Offices of Kameli & Associates, P.C., respectfully requests an Order directing Defendant CHRISTINA POULOS ("Defendant") to adjudicate Plaintiff's Petition for Alien Relative, Form I-130, filed on behalf of Plaintiff's beneficiary father Jahansouz Ghazvan ("Beneficiary") . In support of said request, Plaintiff states as follows:

### JURISDICTION AND VENUE

1.      This is a civil action brought pursuant to 28 U.S.C. § 1361 (2006) to redress the deprivation of rights, privileges, and immunities secured to Plaintiff, and to compel Defendant, an officer of the United States, to perform her duty owed to Plaintiff. Jurisdiction is proper pursuant to 28 U.S.C. § 1331, which provides "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  As this Court is a district court of the United States and this action arises under 28 U.S.C. § 1361, and a law of the United States, namely the Immigration and Nationly Act (hereinafter "INA"), this Court is conferred jurisdiction.  Jurisdiction is additionally conferred

upon this Court pursuant to the Administrative Procedure Act (hereinafter "APA"), 5 U.S.C. §§ 704 and 706.

2.  Venue is proper under 28 U.S.C. § 1391(e)(2), because a substantial part of the events or omissions giving rise to the claim occurred in Chicago, Illinois. Venue is also proper under 28 U.S.C. § 1391(e)(3), because Defendant is acting in her official capacity as an agent of the United States Department of Homeland Security (hereinafter "DHS"), an agency of the United States Government, and Plaintiff resides in Chicago, Illinois.

## PARTIES

3.  Plaintiff, MAHSA KAMELI, is a naturalized citizen of the United States, born August 5, 1972 in Tehran, Islamic Republic of Iran, and currently resides in Chicago, Illinois. Beneficiary is a native and citizen of Iran, born on May 16, 1940.

4.  Defendant, CHRISTINA POULUS, is the District Director of USCIS for the California Service Center, a section of the DHS. As such, Defendant is charged with the duty of administration and enforcement of all the functions, powers, and duties of the California Service Center.

## CLAIMS FOR RELIEF

5.  Beneficiary currently resides in Tehran, Iran.

6.  On September 6, 2006, Plaintiff filed a Form I-130 Petition for Alien Relative on behalf of Beneficiary. The Defendant provided a receipt number for this petition, WAC 06-271-51196. *See Exhibit A*.

7.  Following Defendant's request for evidence ("RFE") from Plaintiff, on January 22, 2007, Plaintiff submitted documentation in response to this RFE.

8. Several attempts at ascertaining the status of Plaintiff's petition have been made by Plaintiff. Namely on December 19, 2007, January 11, 2008, and February 7, 2008, Plaintiff inquired by mail and/or telephone correspondence about Defendant's processing of Plaintiff's petition. Defendant's only response to Plaintiff's inquiries is that a "background investigation" is not yet complete. *See Exhibit B*. According to Defendant's processing time table, the current I-130 applications being processed at the California Service Center are dated July 15, 2007.

9. To date, no decision has been rendered as to Plaintiff's Form I-130 Petition for Alien Relative filed on September 6, 2006. The Form I-130 has therefore been pending for approximately one year and five months, an entirely unreasonable amount of time.

10. Defendant, in violation of the Administrative Procedure Act, 5 U.S.C. § 551 et seq., is unlawfully withholding or unreasonably delaying a decision on the application of the Plaintiff, and has not completed the adjudicative functions delegated to her by the laws of the United States with regard to said application.

11. Plaintiff has exhausted any and all administrative remedies that may exist. The failure to adjudicate the pending Form I-130 in this situation acts as a final administrative action since Plaintiff is left with no recourse to proceed.

WHEREFORE, Plaintiff MAHSA KAMELI respectfully requests that this Honorable Court:

a. Compel Defendant CHRISTINA POULOS and those acting under her to perform their duty and adjudicate Plaintiff's pending Form I-130 Petition for Alien Relative, and

b. Grant any other relief this Court deems honorable and just.

Respectfully submitted,

**KAMELI & ASSOCIATES, P.C.**

John R. Floss
/s/John R. Floss/

111 E. Wacker Drive, Suite 555
Chicago, Illinois 60601
312.233.1000 – phone
312.233.1007 – facsimile

**DATED:  March 7, 2008**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|
| WAC-06-271-51196 | |
| RECEIVED DATE / PRIORITY DATE | PETITIONER |
| September 6, 2006 | KAMELI, MAHSA |
| NOTICE DATE / PAGE | BENEFICIARY |
| September 14, 2006  1 of 1 | GHAZVAN, JAHANSOUZ |

TAHER KAMELI
KAMELI & ASSOCIATES
RE: MAHSA KAMELI
220 S STATE ST STE 2026
CHICAGO IL 60604

Notice Type: Receipt Notice
Amount received: $ 190.00
Section: Parent of U.S. Citizen, 201(b) INA

**08 C 1392**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE KEYS**

Receipt notice - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283





Form I-

**MJC**



**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**U.S. Citizenship and Immigration Services**

Wednesday, December 19, 2007

LAW OFFICES OF KAMELI & ASSOCIATES
111 E. WACKER DRIVE, ST. 555
CHICAGO IL 60601

Dear Law Offices Of Kameli & Associates:

On 12/18/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Frias, Laura |
| **Caller indicated they are:** | Attorney, Paralegal, or CBO for Petitioning Company or Org |
| **Attorney Name:** | Information not available |
| **Case type:** | I130 |
| **Filing date:** | 09/06/2006 |
| **Receipt #:** | WAC-06-271-51196 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. CIS - 12-19-2007 01:00 PM EST - WAC-06-271-51196



EXHIBIT B