UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAHSA KAMELI, )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>CHRISTINA POULOS, in her official capacity )<br>as Acting District Director of the U.S. )<br>Citizenship and Immigration Services' )<br>California Service Center, )<br>)<br>        Defendant. ) | No. 08 C 1392<br><br>Judge Bucklo |

## ATTORNEY DESIGNATION

      Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

      Respectfully submitted,

      PATRICK J. FITZGERALD
      United States Attorney

      By: s/ Jonathan C. Haile
          JONATHAN C. HAILE
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 886-2055
          jonathan.haile@usdoj.gov